## Call Detail Summary from Synchrony Bank to (240) 520-6034

October 13, 2018: Six (6) incoming calls from (844) 416-8051.

October 14, 2018: Four (4) incoming calls from (844) 416-8051.

October 15, 2018: Two (2) incoming calls from (844) 416-8051.

October 16, 2018: Two (2) incoming calls from (844) 416-8051.

October 17, 2018: Four (4) incoming calls from (844) 416-8051.

October 18, 2018: Two (2) incoming calls from (844) 416-8051.

October 19, 2018: Five (5) incoming calls from (844) 416-8051.

October 20, 2018: Four (4) incoming calls from (844) 416-8051.

October 21, 2018: One (1) incoming call from (844) 416-8051.

October 22, 2018: One (1) incoming call from (844) 416-8051.

October 23, 2018: One (1) incoming call from (844) 416-8051.

October 24, 2018: One (1) incoming call from (844) 416-8051.

October 25, 2018: Four (4) incoming calls from (844) 416-8051.

October 26, 2018: Four (4) incoming calls from (844) 416-8051.

October 27, 2018: Four (4) incoming calls from (844) 416-8051.

October 28, 2018: Two (2) incoming calls from (844) 416-8051.

October 29, 2018: Two (2) incoming calls from (844) 416-8051.

October 30, 2018: Three (3) incoming calls from (844) 416-8051.

October 31, 2018: One (1) incoming call from (844) 416-8051.

November 2, 2018: Two (2) incoming calls from (844) 416-8051.

November 3, 2018: Three (3) incoming calls from (844) 416-8051.

November 5, 2018: One (1) incoming call from (844) 416-8051.

November 6, 2018: Four (4) incoming calls from (844) 416-8051.

November 7, 2018: One (1) incoming call from (844) 416-8051.

November 8, 2018: Two (2) incoming calls from (844) 416-8051.

November 9, 2018: Three (3) incoming calls from (844) 416-8051.

November 10, 2018: Four (4) incoming calls from (844) 416-8051.

Exhibit A

November 11, 2018: Two (2) incoming calls from (844) 416-8051.

November 12, 2018: Four (4) incoming calls from (844) 416-8051.

November 13, 2018: Four (4) incoming calls from (844) 416-8051.

November 14, 2018: Three (3) incoming calls from (844) 416-8051.

November 15, 2018: Three (3) incoming calls from (844) 416-8051.

November 16, 2018: Four (4) incoming calls from (844) 416-8051.

November 17, 2018: Four (4) incoming calls from (844) 416-8051.

November 18, 2018: One (1) incoming call from (844) 416-8051.

November 19, 2018: Three (3) incoming calls from (844) 416-8051.

November 20, 2018: Three (3) incoming calls from (844) 416-8051.

November 22, 2018: Three (3) incoming calls from (844) 416-8051.

November 23, 2018: Two (2) incoming calls from (844) 416-8051.

Total: 109 calls

 

⏰ 📶 53% 🔋 14:49

🔍 Search      🎤 ⋮

**RECENTS**      **CONTACTS**

### October 14, 2018

**(844) 416-8051**
🚫 Unsaved        15:41

**(844) 416-8051**
☹ Unsaved        14:07

**(844) 416-8051 (2)**
🚫 Unsaved        10:41

### October 13, 2018

**(844) 416-8051**
🚫 Unsaved        17:31

**(844) 416-8051 (3)**
📞 Unsaved        15:56

**(844) 416-8051 (2)**
☹ Unsaved        09:48

  

### October 12, 2018

      ☺ 📶 53% 🔋 14:49

🔍 Search                       ⏺ ⋮

**RECENTS**                    **CONTACTS**

 **(240) 913-8053**
📞 Maryland                              19:26

 **(844) 416-8051**
🚫 Unsaved                              08:50

October 15, 2018

 **(844) 416-8051**
🚫 Unsaved                              18:18

 **266781**
📞 Unsaved                              17:41

 **Chris's Dad**
📞 Mobile                              15:43

 **(202) 795-2361**
🚫 Washington D.C.                    15:13

October 14, 2018

 **(844) 416-8051**



Screenshot_2019-02-11-09-42-57.png

 ⏰ 53% 🔋 14:49

🔍 Search                          🎤    ⋮

**RECENTS**                    **CONTACTS**

 **(844) 416-8051**
↙ Unsaved                          15:33

 **(844) 416-8051 (2)**
☹ Unsaved                          10:49

October 17, 2018

 (844) 416-8051
⊘ Unsaved                          18:09

**(877) 615-6364**
↙ Unsaved                          17:05

 (844) 416-8051
☹ Unsaved                          11:54

October 16, 2018

(844) 416-8051
☹ Unsaved                          :05

 **(240) 913-8053**

☑ ◷ 🕍 53% 🔋 14:49

Q Search　　　　　　　🎤　⋮

**RECENTS**　　　　　**CONTACTS**

October 20, 2018

 **(844) 416-8051 (4)**
🚫 Unsaved　　　　　　17:04

 **(844) 416-8051**
⤼ Unsaved　　　　　　08:22

October 19, 2018

 **(844) 416-8051**
🚫 Unsaved　　　　　　17:16

 **(410) 262-8690 (2)**
⤼ Maryland　　　　　　14:59

 **(844) 416-8051**
⤼ Unsaved　　　　　　11:59

October 18, 2018

 **(844) 416-8051**
⤼ Unsaved　　　　9:10

 

 ♀ ⏰ 📶 54% 🔋 14:46

🔍 Search                          🎤  ⋮

RECENTS                    CONTACTS

October 23, 2018

 **(844) 416-8051**
🚫 Unsaved                              08:38

October 22, 2018

 **(301) 633-5990**
↗ Maryland                              17:29

 **(844) 416-8051**
☹ Unsaved                               15:24

October 21, 2018

 **(844) 416-8051 (3)**
🚫 Unsaved                               14:51

 **(844) 416-8051**
☹ Unsaved                               09:05

October 20, 2018

 **(844) 416-8051 (4)**
 Unsaved           17:04



🖼 📷                          📍 ⏰ ³⁶📶 54%🔋 14:46

🔍 Search                          🎤   ⋮

**RECENTS**                    CONTACTS



# (443) 576-8670
🚫 Maryland                        16:16



# (844) 416-8051
🚫 Unsaved                         15:31



# (844) 416-8051
☹ Unsaved                          12:32



# (844) 416-8051
🚫 Unsaved                         09:39



# (844) 416-8051
📞 Unsaved                         08:08

### October 25, 2018



# (844) 416-8051
☹ Unsaved                          20:42

### October 24, 2018



# (844) 416-8051



     ⏰ 54% 🔋 14:46

🔍 Search    🎤    ⋮

**RECENTS**        CONTACTS

## October 28, 2018

    (844) 416-8051
☹ Unsaved                        15:51

    (844) 416-8051
📞 Unsaved                        14:01

    (844) 416-8051 (2)
🚫 Unsaved                        09:59

## October 27, 2018

    (844) 416-8051 (3)
☹ Unsaved                        15:34

    (844) 416-8051
🚫 Unsaved                        08:04

## October 26, 2018

    (240) 531-8506        
🚫 Maryland                        5:32

    ⏰ 54% 🔋 14:46

| 🔍 Search | 🎤 ⋮ |

**RECENTS**                    **CONTACTS**

 **(844)-416-8051**
🚫 Unsaved                              08:15

October 30, 2018

 **(844)-416-8051**
🚫 Unsaved                              16:00

 **(844)-416-8051**
☌ Unsaved                              14:02

October 29, 2018

 **(844)-416-8051**
🚫 Unsaved                              18:59

 **(844)-416-8051**
☌ Unsaved                              15:57

 **Therapy Contact**
☌ Mobile                              12:40

October 28, 2018

Screenshot_2019-02-11-09-44-33.png

⏰ 📶 54% 🔋 14:46

🔍 Search    🎤 ⋮

**RECENTS**      CONTACTS

 **(202) 795-2376**
🚫 Washington D.C.     17:10

 **Therapy Contact**
🚫 Mobile     15:16

 **(240) 520-2193**
📞 Maryland     14:29

 **(443) 576-8670**
📞 Maryland     11:11

 **(844) 416-8051**
🚫 Unsaved     08:02

October 31, 2018

 **(844) 416-8051**
🚫 Unsaved     20:35

 **(844) 416-8051**
📞 Unsaved     :48





Q Search   🎤   ⋮

RECENTS                CONTACTS

November 3, 2018

(844) 416-8051
🚫 Unsaved                          18:15

(844) 416-8051
👥 Unsaved                          14:48

November 2, 2018

Grandma
📞 Mobile                          22:09

November 1, 2018

(202) 795-2376
🚫 Washington D.C.                 17:10

Therapy Contact
🚫 Mobile                          15:16

(240) 520-2193
📞 Maryland                        :29



■ ▣                                    ⏰ ³ᴳ ⊿ 54% ▮ 14:45

Q Search                              🎤    ⋮

RECENTS                    CONTACTS

## November 6, 2018

 (844)-416-8051
🚫 Unsaved                              17:51

## November 5, 2018

 (803) 744-5100
☓ Columbia, SC                          14:01

## November 4, 2018

 Grandma (2)
☓ Mobile                                19:28

 (844)-416-8051 (2)
🚫 Unsaved                              15:11

 (844)-416-8051
☓ Unsaved                              09:29

## November 3, 2018

    

 (844)-416-8051

 

Screenshot_2019-02-11-09-45-03.png

 🔍 Search     🎤   ⋮

⏰ 📶 54% 🔋 14:45

**RECENTS**       CONTACTS

---

November 8, 2018

 **(844) 416-8051** 
☹ Unsaved        20:44

---

November 7, 2018

 **(844) 416-8051 (2)**
⊘ Unsaved        20:48

---

 **(301) 523-3747**
☹ Maryland        17:37

---

 **(844) 416-8051**
☹ Unsaved        15:19

---

 **(803) 744-5100**
⊘ Columbia, SC      14:18

---

 **(844) 416-8051**
⊘ Unsaved        :14

 

November 6, 2018



⏰ 📶 54% 🔋 14:44

🔍 Search      🎤   ⋮

**RECENTS**        CONTACTS

___

### November 10, 2018



**(844) 416-8051 (2)**
🚫 Unsaved      15:08



**(844) 416-8051**
👤 Unsaved      10:38

### November 9, 2018



**Voicemail**
📞 2405206034      20:31



**(844) 416-8051**
🚫 Unsaved      20:29



**(844) 416-8051**
👤 Unsaved      16:49



**(240) 219-2626**
🚫 Maryland      16:29

### November 8, 2018

 

Screenshot_2019-02-11-09-45-38.png

⏰ ◢ 54% 🔋 14:44

🔍 Search                    🎤    ⋮

**RECENTS**                **CONTACTS**

November 13, 2018

  📞 **(844) 416-8051 (3)**
      ⊘ Unsaved                    20:31

  📞 **(844) 416-8051**
      ↙ Unsaved                    12:28

November 12, 2018

  📞 **(844) 416-8051 (2)**
      ⊘ Unsaved                    19:55

November 11, 2018

  📞 **(844) 416-8051**
      ⌣ Unsaved                    13:25

  📞 **(844) 416-8051**
      ⊘ Unsaved                    11:52

  📞 **(844) 416-8051 (2)**
      ⌣ Unsaved             :43

       ⏰ ◢ 54% 🔋 14:43

🔍 Search      🎤   ⋮

**RECENTS**        CONTACTS


**(844) 416-8051**
⊘ Unsaved        14:0


**(240) 514-1201**
⊘ Maryland        12:01


**(202) 795-2361**
⊘ Washington D.C.        09:21


**(844) 416-8051**
⊘ Unsaved        08:20

**November 13, 2018**


**(844) 416-8051 (3)**
⊘ Unsaved        20:31


**(844) 416-8051**
↖ Unsaved        12:28

**November 12, 2018**

**(844) 416-80__ (2)**
⊘ Unsaved        10:55



Screenshot_2019-02-11-09-57-47.png

Q Search

**RECENTS**                    **CONTACTS**

**(301) 633-5990**
Maryland                              13:11

**(844) 416-8051**
Unsaved                               12:59

November 15, 2018

**(844) 416-8051 (3)**
Unsaved                               20:50

November 14, 2018

**(844) 416-8051 (2)**
Unsaved                               20:36

**(240) 219-2621**
Maryland                              15:21

**(301) 523-4140**
Maryland                              :16

**(844) 416-8051**



Q Search 🎤 ⋮

**RECENTS**      CONTACTS

## November 18, 2018

 **(844) 416-8051 (3)**
🚫 Unsaved     17:30

 **(844) 416-8051**
☹ Unsaved     09:54

## November 17, 2018

 **(844) 416-8051 (2)**
🚫 Unsaved     15:28

 **(844) 416-8051**
☹ Unsaved     10:35

 **(844) 416-8051**
🚫 Unsaved     08:07

## November 16, 2018

 **(844) 416-8051 (2)**
🚫 Unsaved      0:54

   ⏰ 🗺 54% 🔋 14:43

🔍 Search  🎤  ⋮

**RECENTS**                    CONTACTS

November 20, 2018

 **(844) 416 8051**
⊘ Unsaved                                      20:26

 **(803) 744-5100**
📞 Columbia, SC                                 17:51

 **(844) 416 8051 (2)**
⊘ Unsaved                                      15:54

November 19, 2018

 **(443) 663-4330**
📞 Maryland                                     14:20

 **(240) 520-3084**
⊘ Maryland                                      13:40

 **(844) 416 8051**
⊘ Unsaved                                      12:09



November 18, 2018



**Q** Search   🎤   ⋮

**RECENTS**                **CONTACTS**

(844) 416-8051
⊘ Unsaved                              08:22

November 22, 2018

Camie (2)
📞 Mobile                               23:31

November 21, 2018

Chris (2)
📞 Mobile                               21:41

(844) 416-8051 (2)
⊘ Unsaved                              20:42

(240) 520-3462
👤 Maryland                            17:54

(844) 416-8051
⊘ Unsaved                              08:46



(714) 707-32..
📞 California                           08:26

Screenshot_2019-02-11 09-46-46.png



⌚ 55% 🔋 14:43

🔍 Search 🎤 ⋮

RECENTS          CONTACTS

Today

📞 (844) 416-8051
↙ Unsaved                           13:55

Voicemail
↗ 2405206034                        13:09

Yesterday

Chris
Mobile                              21:10

(844) 416-8051
⊘ Unsaved                           20:51

Chris
↗ Mobile                            15:15

Camie
↗ Mobile                            14:34

(844) 416-8051


