# AFFIDAVIT OF ERIEN FRAZIER

I, Erien L. Frazier, a living being of sound mind over the age of 21, hereby affirm under oath and penalty of perjury the following statements in the matter of *Drake v. Synchrony Bank*:

1. I am the sister-in-law of Reuben Drake.
2. My brother-in-law Reuben is hearing impaired.
3. I listened to several of the many prerecorded voicemails from Synchrony Bank.
4. I also answered one of the calls from Synchrony Bank's telephone number (844) 416-8051.
5. When I answered the call, there was no one there initially. I heard a pause and then a click, then a live operator came on the line asking for an Amanda Socks. I told her we didn't know anyone by that name.
6. I found out from the website Spokeo.com that the cellphone number (240) 520-6034 used to be Amanda Sock's number through Sprint.

This is my Affidavit in support of my brother-in-law Reuben Drake in the matter of *Drake v. Synchrony Bank*. I solemnly affirm under the penalties of perjury that what I have stated is true and factual.

Erien Frazier

Exhibit B