# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Reuben Drake | SAG-19-2134 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Synchrony Bank | U.S. Marshal |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CSC-Lawyers Incorporation
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
7 St. Paul Street, Suite 820, Baltimore, MD 21202

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Reuben Drake    10309 B Highpoint Dr.
Hagerstown, MD 21742

Number of process to be served with this Form 285:
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Contact me on Video Relay Service (240) 452-4005  10am - 5pm

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT
Reuben Drake
TELEPHONE NUMBER: (240) 520-7735
DATE: 8/6/19

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 037
District to Serve No. 037
Signature of Authorized USMS Deputy or Clerk: CBnp
Date: 8/9/19

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 8/19/19  Time: 9:2  ☒ am ☐ pm

Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy: CBnp

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8.00 | | | $8.00 | | $8.00 |

REMARKS:
Service sent via USPS Certified mail/Restricted delivery on 8/9/19. Tracking number 70171450000028453611. Service was accepted on 8/19/19. See attached confirmations.

FILED _____ ENTERED
LODGED _____ RECEIVED

AUG - 9 2019

AT LAW
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# USPS Tracking®

FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

**Tracking Number:** 70171450000002845361                    Remove

Your item was delivered at 9:21 am on August 19, 2019 in BALTIMORE, MD 21202.

## Delivered

August 19, 2019 at 9:21 am
Delivered
BALTIMORE, MD 21202

**Get Updates**

Feedback

---

Text & Email Updates

---

Tracking History

---

Product Information

---

See Less

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.