UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| REUBEN DRAKE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:19-cv-02134-CCB |
| SYNCHRONY BANK, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

On this day, the Court considered Plaintiff Reuben Drake's Motion to Reopen Administratively Closed Case ("Motion"). The Court, having considered the Motion, the documents on file with the Court Clerk, and Defendant Synchrony Bank's Objection thereto, finds that good cause does not exist for the relief requested in the Motion. As a result, the Motion is be DENIED. IT IS, THEREFORE

ORDERED that Plaintiff Reuben Drake's Motion to Reopen Administratively Closed Case is DENIED; and

ORDERED that Plaintiff's Complaint is DISMISSED with prejudice.

**SO ORDERED.**

Dated: _____          _____
                                                                        Honorable Judge Presiding