300 Northern Ave
Apt 8D
Hagerstown, MD
21742

BALTIMORE MD 212
8 FEB 2022 PM 9 L

United States District Court
Court Clerk
101 W Lombard St
Baltimore MD 21201

FILED
LOGGED
ENTERED
RECEIVED

FEB 11 2022
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

HAGERSTOWN USPS
8
2022

21201-262915