UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| REUBEN DRAKE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:19-cv-02134-CCB |
| SYNCHRONY BANK, | * | |
| Defendant, | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

Upon consideration of Defendant Synchrony Bank's Partial Motion to Dismiss and any responses thereto, it is hereby:

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that, to the extent they are premised on the alleged use of an Automatic Telephone Dialing System, Counts I and II of Plaintiff's Amended Complaint are dismissed with prejudice; and

**ORDERED** that, Counts IV of Plaintiff's Amended Complaint is dismissed with prejudice.

DATED: _____      _____
                                  Hon. Catherine C. Blake